UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:24-cv-10394-MEMF-MARx** | Date | **April 17, 2025** |
| Title | **Sarah Escobedo v. Merck Sharp and Dohme LLC et al.** | Page | **1 of 1** |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Damon Berry | CourtSmart |
| Deputy Clerk | Court Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Narain Kumar | Eric J. Bakewlell |

**Proceedings: DEFENDANT'S MOTION TO DISMISS [18]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.



1:10
Initials of Deputy Clerk: DBE